**Order entered December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01160-CV

## RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants

### V.

## MERRITT HAWKINS AND ASSOCIATES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

This is an interlocutory appeal from the trial court's temporary injunction prohibiting appellant Richard Gehrke from engaging in certain activities. Asserting Gehrke has violated the temporary injunction on at least three separate occasions, appellee has filed a motion to enforce. Appellee asks the Court to "initiate an enforcement proceeding" under rule of appellate procedure 29.4 "and refer the proceeding to the trial court with instructions to hold" a show-cause hearing. Gehrke and his co-appellant oppose the motion contesting the existence of any admissible factual basis.

We **GRANT** the motion and **REFER** it to the trial court for an evidentiary hearing and a determination of any appropriate relief. *See* TEX. R. APP. P. 29.4.

We **DIRECT** the Clerk of the Court to send a copy of this order, appellee's motion, and appellants' response to the Honorable Emily G. Tobolowsky, Presiding Judge of the 298th Judicial District Court.


/s/     DAVID EVANS
            JUSTICE